# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA AUGUSTINE,<br><br>              Plaintiff,<br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>              Defendant. | Case No. 3:20-cv-00365-MMA-AHG<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>[Doc. No. 9] |

This Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** the joint motion, and orders this matter **DISMISSED** in its entirety, **with prejudice**, in accordance with the terms set forth therein.  The Court **DIRECTS** the Clerk of Court to terminate the case.

**IT IS SO ORDERED**.

Dated:  May 7, 2020     _____

                                                    MICHAEL M. ANELLO

                                                    United States District Judge

1

3:20-cv-00365-MMA-AHG